# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2014

## NO. 03-14-00506-CV

**Beaumont Independent School District, Appellant**

**v.**

**Texas Education Agency; Michael L. Williams, in his Official Capacity as
Commissioner of Education; and Karen Neild, Appellees**

## APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on July 24, 2014. Beaumont Independent School District has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.